**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|  |  |
|---|---|
| AMBER MACHOWSKI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JACMAR PARTNERS III and DOES 1 through 10,<br><br>　　　　Defendants. | Case No.: SACV 21-00135-CJC(JDEx)<br><br><br>JUDGMENT |

//
//
//
//

1  This matter came before the Court on Plaintiff's motion for default judgment. On March 17, 2021, the Court granted Plaintiff's motion. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff for injunctive relief requiring Defendant to provide ADA-compliant parking, paths of travel, entryways, and signage.

DATED: March 17, 2021

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE